It is hereby stipulated, by and between counsel for the respective parties hereto, subject to the approval of the court:

(1) That the merchandise involved in the appeal listed above consists of articles or fabrics made of rayon, which in all material respects, is such or similar to the rayon in the articles the subject of decision in *US* v. *Nippon Dry Goods Co.*, Reap. Dec. 5006, affirming Reap. Dec. 4704; that the issue herein and conditions as to the market value are the same as the issue and conditions as to market value in the cited case, and the record in said case is hereby incorporated herein.

(2) That the appraised values of the rayon articles or fabrics covered by this appeal, less any additions made by the importer by reason of the so-called Japanese consumption tax, to meet advances made by the appraiser in similar cases, represent the prices at the time of exportation of such merchandise to the United States, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, and that there were no higher foreign values at the time of exportation thereof.

(3) That the appeal herein is abandoned as to all merchandise, except rayon articles or fabrics; and this case is submitted on the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that as to the rayon articles or fabrics such values are the appraised values, less any additions made by the importer by reason of the so-called Japanese consumption tax, to meet advances made by the appraiser in similar cases.

The appeal having been abandoned insofar as it relates to all other merchandise, to that extent the appeal is hereby dismissed. Judgment will be rendered accordingly.

REHEARING MOTION GRANTED

MAY 26, 1942

No. 5652. 

—*Sprouse Reitz Co., Inc.* v. *United States*. Entered at Los Angeles, Calif. Reap. Dec. 5631. Motion by plaintiff.

CORN PRODUCTS REFINING CO. *v.* UNITED STATES

No. 5653.—Invoice dated Buenos Aires, Argentina, January 10, 1941.
 Certified January 13, 1941.
 Entered at Houston, Tex., February 17, 1941.
 Entry No. 412–H.